IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: July 07, 2011



Honorable Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | CASE NO. 11-24275-MDM |
| | CHAPTER 7 |
| JEFFERY ROBERT HOOPER and | |
| JULIANNE MARI HOOPER, | |
| | |
| Debtors. | |

ORDER GRANTING U.S. BANK, NATIONAL ASSOCIATION
RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

This case came before the Court on the Motion for Relief from Automatic Stay and for Abandonment (the "Motion") filed by U.S. Bank, National Association (hereinafter "Creditor"), dated June 10, 2011.

Michael J. Keepman, Esq.
Attorneys for Creditor
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
Email: mkeepman@kmks

The Court, after reviewing the record in this case, including the above-mentioned Motion, finds in this matter that notice and opportunity for hearing to the parties in interest was appropriate in the circumstances, that no objections were timely raised against said Motion; that Creditor seeks an Order terminating the stay of proceedings under 11 U.S.C. § 362 and requiring the Trustee to abandon the estate's interest in the Collateral under U.S.C. § 554, so as to allow Creditor (and its successors and/or assigns) to proceed with foreclosure and to enforce rights, interests, claims and liens against the property commonly known as 315 N. Main Street Oakfield, Wisconsin 53065, owned by Jeffery Robert Hooper and Julianne Mari Hooper (herein the "Debtors"); that it appears the Debtors have no equity in the property subject to the loan and security documents described in the Motion; that said property is not necessary for an effective reorganization of the Debtors or their estate; the mortgage interest and lien in and against the subject property cannot be adequately protected by the Debtors or the bankruptcy estate; that the property is burdensome or of inconsequential value and benefit to the bankruptcy estate; and that Creditor should be allowed the relief it seeks. Therefore, it is hereby

ORDERED:

That the Motion for Relief from Automatic Stay and for Abandonment filed by U.S. Bank, National Association ("Creditor"), and dated June 10, 2011, be and hereby is granted; that the stay of proceedings under 11 U.S.C. § 362 is terminated, so as to allow Creditor (and its successors and/or assigns) to enforce rights, interests, claims and liens in and against the property commonly known as 315 N. Main Street Oakfield, WI , 53065, owned by Jeffery Robert Hooper and Julianne Mari Hooper (the "Debtors"), subject to the real estate mortgage dated 1/28/2005, recorded on 2/2/2005, in the Office of the Register of Deeds for Fond Du Lac County, as Document No. 840096, in accordance with the terms of the loan and security documents and

applicable state law, including but not limited to proceedings to foreclose and liquidate the property, and the application of the proceeds to the indebtedness owed by the Debtors; that the Trustee abandon the estate's interest in the above-referenced property and the entry of this Order shall constitute said abandonment pursuant to 11 U.S.C. § 554;

      IT IS FURTHER ORDERED that the Court waives the 14-day stay regarding orders granting a Motion for Relief from Automatic Stay, as referenced in Federal Rule of Bankruptcy Procedure 4001(a)(3).

#####